CANEFOX, Respondent, v. ANDERSON & CRENSHAW, Appellants.

1. A note is executed to three partners, two of whom upon a settlement of the partnership affairs, for value, sell and transfer by delivery their interest in the note to the third. *Held*, that the third might sue on the note in his own name.

*Appeal from Greene Circuit Court.*

The case is stated in the opinion of the court.
No appearance for appellant.
*Wright* and *Morrow*, for respondent.

RYLAND, Judge, delivered the opinion of the court.

This was a suit upon a promissory note, executed by defendants, payable to the plaintiffs, Thomas W. Anderson and Joseph Carthol, a firm by the name and style of B. W. Canefox & Co., or order, fifteen days after date, for four thousand seven

hundred and seventy dollars and fifty-seven cents, dated Octo-
ber 14, 1853.

In his petition, plaintiff avers that Thomas W. Anderson and
Joseph Carthol sold their interests, respectively, in the said note
to the plaintiff for a valuable consideration, by which the said
note became the property of the plaintiff; that Thomas W.
Anderson, on the 29th of October, 1853, paid on said note the
sum of six hundred dollars ; that the remainder of said note
and interest are yet due to plaintiff, for which he asks judg-
ment.

The defendants answered, stating that, as to the said sup-
posed purchase of said note by plaintiff for a valuable consid-
eration, whereby he became the owner thereof, they have not
knowledge thereof sufficient to form a belief.   The cause was
submitted to the court for trial, without a jury, and the court
found the facts to be, that the defendants, by their promissory
note, dated October 14, 1853, promised, for value received, to
pay plaintiff and Thomas W. Anderson and Joseph Carthol,
(which was a firm trading and doing business by the name and
style of B. W. Canefox & Co.,) or order, fifteen days after date,
the sum of four thousand seven hundred and seventy dollars
and fifty-seven cents, which note was executed in consideration
of goods purchased of said firm ; and afterwards, on the 28th
day of October, 1853, and before said note became due, the
said partners of said firm had a settlement of their affairs, and
the said Thomas W. Anderson and Joseph Carthol, for a valu-
able consideration, and in consideration of indebtedness of said
firm to plaintiff, sold and transferred all their interest in said
note to plaintiff, by delivery; and said firm delivered said note
to plaintiff, whereby the said plaintiff became the sole owner of
said promissory note, having accepted the same upon said set-
tlement with his said partners, in lieu of so much money ; the
court doth further find that the said defendant, Thomas W.
Anderson, on the 29th of October, 1853, paid on said note the
sum of six hundred dollars.   The court find that said Thomas
W. Anderson and L. A. D. Crenshaw justly owe and are in-

debted to said Benjamin W. Canefox, in the sum of four thou-
sand five hundred and eighteen dollars and seventy-three cents,
and judgment was accordingly rendered for plaintiff for that
sum, with costs, &c.   The defendant moved for a review, be-
cause the finding was insufficient.   This motion was overruled,
and he excepted, and brings the case here by appeal.   In look-
ing over the record, we find no error, and indeed the appellants
have not assigned any errors in this court.

The finding of the court sufficiently states the facts, and the
facts found support the judgment rendered by the Circuit
Court.   The judgment below will therefore be affirmed, with
five per cent. damages.   Judge Leonard concurring.